```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
          NORTHERN DIVISION
```

| | |
|---|---|
| SANGERNETTA MASON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0736-WS-M |
| THE UNITED STATES OF AMERICA, et al., | : |
| Defendant. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 6th day of July, 2010.

```
                    s/WILLIAM H. STEELE
                    CHIEF UNITED STATES DISTRICT JUDGE
```