IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANGERNETTA MASON, | : |
| | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0736-WS-M |
| | : |
| THE UNITED STATES OF AMERICA, | : |
| et al., | : |
| | : |
| Defendant. | : |

JUDGMENT
---

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 6th day of July, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE